**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ORO Capital Advisors, LLC, et al. | : | Consolidated Case No. 2:19-cv-05087 |
| | : | (Including Case No. 2:20-cv-04894) |
| Plaintiffs, | : | |
| | : | Chief Judge Algenon L. Marbley |
| v. | : | |
| | : | Chief Magistrate Judge Elizabeth P. Deavers |
| Borror Construction Co., LLC et al. | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION OF VOLUNTARY**
**DIMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Oro Capital Advisors, LLC, Oro Karric South, LLC, Oro Karric North, LLC, Oro Silvertree, LLC, Oro Springburne, LLC, Oro RB SPE Owner, LLC, Oro Island Club SPE Owner, LLC ("Plaintiffs") and Defendants Borror Construction Co., LLC, Loribeth Steiner, Tom Garske, Danielle Borror Sugarman, Matthew Devereaux, Jeffrey Rankey, Reliable Staffing Resources, LLC, John and Jane Does 1-15, John Doe Corporations 1-15, Other John Doe Entities 1-15, and The Carter-Jones Lumber Co. ("Defendants") (collectively, the "Parties") hereby respectfully notify the Court of the voluntary dismissal, **with prejudice**, of all claims and counterclaims at issue in these matters. The Parties intend for this notice to result in the voluntary dismissal of all pending claims in these matters.

Respectfully Submitted,

/s/ David M. Scott
David M. Scott (0068110)
Aaron M. Jones (0096386)
Krista D. Warren (0097842)
**BRENNAN, MANNA & DIAMOND, LLC**
250 S. Civic Center Drive, Suite 300
Columbus, OH 43215
Telephone: (614) 246-7500
Facsimile: (614) 246-7515
Email: dscott@bmdllc.com
amjones@bmdllc.com
kdwarren@bmdllc.com
*Attorneys for Plaintiffs*

/s/ Damion M. Clifford  (per email auth 6/14/23)
James E. Arnold (0037712)
Damion M. Clifford (0077777)
**Arnold & Clifford, LLP**
115 W. Main Street, 4th Floor
Columbus, Ohio 43215
Telephone: (614)-460-1600
Email: jarnold@arnlaw.com
dclifford@arnlaw.com
*Attorneys for Defendants*

/s/ Nicholas J. Horrigan (per email auth 6/14/23)
Todd A. Harpst (0067309)
Nicholas J. Horrigan (0087345)
**HARPST BECKER, LLC**
1559 Corporate Woods Parkway, Suite 250
Uniontown, Ohio 44685
Telephone: (330) 983-9971
E-Mail: tharpst@harpstbecker.com
nhorrigan@harpstbecker.com
*Attorneys for The Carter-Jones Lumber Company*

/s/ Dale D. Cook (per email auth 6/15/23)
Timothy E. Miller (0036736)
Dale D. Cook (0020707)
**ISAAC WILES & BURKHOLDER, LLC**
2 Miranova Place, Suite 700
Columbus, Ohio 43215
614-221-2121 / Fax 614-365-9516
tmiller@isaacwiles.com
dcook@isaacwiles.com
*Attorneys for Defendant Reliable Staffing Resources, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ David M. Scott
David M. Scott (0068110)